■ PHYLLIS O'BRIEN et al., Appellants, v RICHARD BOCCHINO, Respondent. (Appeal No. 1.) [786 NYS2d 771]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered January 23, 2004. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Smith and Hayes, JJ.